UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY C. WISE,

        Plaintiff,

Case No. 10-CV-11438

v.

HON. GEORGE CARAM STEEH

STATE OF MICHIGAN,

        Defendant.

_____/

ORDER DENYING PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION (#10)

Plaintiff Larry Wise, appearing pro se, filed a motion for class certification pursuant to Federal Rule of Civil Procedure 23. In light of the standing issues raised but not fully addressed in defendant's motion to dismiss, particularly with respect to plaintiff's standing with respect to the proposed class members, the court believes class certification is inappropriate at this time. Therefore, plaintiff's motion is DENIED without prejudice.

Dated: March 29, 2011

                              S/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and
Larry Wise, P.O. Box 356, Byron, MI 48418 on
March 29, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk