UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY C. WISE,

        Plaintiff,

                                      Case No. 10-CV-11438

v.

                                      HON. GEORGE CARAM STEEH

STATE OF MICHIGAN,

        Defendant.
_____/

### ORDER DENYING PLAINTIFF'S MOTION FOR RULE 16(f) SANCTIONS AGAINST DEFENSE COUNSEL (#34)

      Plaintiff Larry Wise, appearing pro se, filed a motion for Federal Rule of Civil Procedure 16(f) sanctions against defense counsel. Plaintiff alleges he did not receive timely, proper service of defendant's answer to plaintiff's complaint and affirmative defenses and defendant's response to the court's order to show cause with affidavit attached. Plaintiff seeks "expenses incurred as a result of the violations" and alleges he continues to incur extra time and travel expenses, but fails to explain specifically how he was injured as a result of the alleged violations. At this time, the court does not believe sanctions are appropriate. Plaintiff's motion for sanctions is therefore DENIED.

Dated: September 27, 2011

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and
Larry Wise, P.O. Box 356, Byron, MI 48418 on
September 27, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk