UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY C. WISE,

        Plaintiff,

Case No. 10-CV-11438

v.

HON. GEORGE CARAM STEEH

STATE OF MICHIGAN,

        Defendant.

_____/

## JUDGMENT

The above entitled matter has come before the court on defendant's second consolidated motion to dismiss, and in accordance with the court's order granting defendant's motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant on plaintiff's claims.

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                              BY: s/Josephine Chaffee
                                    DEPUTY COURT CLERK

Dated: September 27, 2011